**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>WILLIAM BUSHYHEAD, SR.,<br><br>             Defendant. | Case No.: 3:99-cr-000093-ART-CSD<br><br>**ORDER Extending the United States' Response Deadline for Defendant's Motion for Compassionate Release [ECF No. 98]** |

The United States has filed a motion to extend the deadline to file its Response to Defendant's Motion for Compassionate Release (ECF 98). Due to the reasons noted in the United States' motion, the Court finds good cause to grant an extension for the United States' response to December 5, 2025.

IT IS SO ORDERED.

Dated this <u>7th day of November, 2025</u>.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE