UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM SR. BUSHYHEAD,<br><br>    Defendant. | Case No. 3:99-cr-00093-ART-CSD<br><br>ORDER GRANTING ECF NO. 103 |

    IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to December 9, 2025, and the government shall file its response by January 9, 2026.

    DATED this 13th day of November 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE