# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM SR. BUSHYHEAD,<br><br>　　　　　Defendant. | Case No. 3:99-cr-00093-ART-CSD<br><br>**ORDER GRANTING ECF No. 106** |

　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to January 23, 2026, and the government shall file its response by February 23, 2026.

　　DATED this 9th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE