**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00093-ART-CSD |
| Plaintiff, | **ORDER GRANTING ECF No. 110** |
| v. | |
| WILLIAM SR. BUSHYHEAD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to March 13, 2026, and the government shall file its response by April 17, 2026.

DATED this 13th day of February 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3