**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00093-ART-CSD |
| Plaintiff, | ORDER GRANTING ECF No. 114 |
| v. | |
| WILLIAM SR. BUSHYHEAD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of the parties' stipulation to extend the deadline for the filing of Defendant's Supplement to Motion for Compassionate Release, the Defendant's deadline to file his Supplement is extended to May 2, 2026, and the government shall file its response by June 1, 2026.

DATED this 24th day of March 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1