# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WILLIAM SR. BUSHYHEAD,

      Defendant.

Case No. 3:99-cr-00093-ART-CSD

<u>ORDER</u>

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release (ECF No. 118), that the Defendant's deadline to file his Supplement is extended to July 1, 2026, and the government shall file its response by August 1, 2026.

DATED this 26th day of May 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3