RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for William Sr. Bushyhead

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM BUSHYHEAD, SR.,

Defendant.

Case No. 3:99-cr-00093-ART-CSD

**ORDER GRANTING**

**Stipulation to Continue Deadline for Supplement to Motion for Compassionate Release**
(Tenth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Acting Attorney General of the United States, Todd Blanche, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for William Sr. Bushyhead, request that the due date for Mr. Bushyhead Sr.'s Supplement to Motion for Compassionate Release (ECF No. 98), be extended from July 15, 2026, to July 17, 2026.

This Stipulation is entered into for the following reasons:

1. The pleading is drafted but counsel is required to have all pleadings reviewed by a second attorney per office policy.

2. Additional time is needed to allow for review of the pleading and for any feedback to be incorporated.

3. The parties further request that the government files its response by August 19, 2026.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the tenth request for a continuance of the supplement deadline.

DATED this 15th day of July 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By */s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM SR. BUSHYHEAD,

Defendant.

Case No. 3:99-cr-00093-ART-CSD

ORDER

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to July 17, 2026, and the government shall file its response by August 19, 2026.

DATED this 16th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE