RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for William Sr. Bushyhead

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM BUSHYHEAD, SR.,

Defendant.

Case No. 3:99-cr-00093-ART-CSD

**ORDER GRANTING**
**Stipulation to Continue Deadline for Supplement to Motion for Compassionate Release**
(Eleventh Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Acting Attorney General of the United States, Todd Blanche, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for William Sr. Bushyhead, request that the due date for Mr. Bushyhead Sr.'s Supplement to Motion for Compassionate Release (ECF No. 98), be extended from July 17, 2026, to September 15, 2026.

This Stipulation is entered into for the following reasons:

1. In the last request, it was represented that more time was needed for a review of the drafted pleading to ensure that the pleading is complete.

2. During review, it was discovered that more information is needed to complete the pleading.

3. The additional time requested would allow for the gathering of the information and for it to be incorporated into the pleading.

4. Defense counsel will be attending the National Criminal Defense College's Deryl Dantzler Trial Practice Institute from July 18, 2026, to July 31, 2026.

5. The parties further request that the government files its response by October 15, 2026.

6. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the eleventh request for a continuance of the supplement deadline.

DATED this 17th day of July 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By */s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM SR. BUSHYHEAD,

Defendant.

Case No. 3:99-cr-00093-ART-CSD

ORDER

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to September 15, 2026, and the government shall file its response by October 15, 2026.

DATED this 20th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE