**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM SR. BUSHYHEAD,

Defendant.

Case No. 3:99-cr-00093-ART-CSD

ORDER

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to February 15, 2027, and the government shall file its response by March 17, 2027.

DATED this 17th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE